FW 035-90
ORIGINAL

CAUSE #_____

2016 FEB 25  PM 2: 02

CLERK OF COURT

STEPHEN L. GLAHN
    Plaintiff

UNITED STATES DISTRICT COURT

VS.

FOR THE

RAFAEL EDWARD CRUZ

AKA. SENATOR TED CRUZ, TEXAS

NORTHERN DISTRICT OF TEXAS

4-16CV-153-A

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Stephen L. Glahn, hereinafter referred to as Plaintiff, born and raised in the United

States of America and residing in the State of Texas since 1976, representing himself, files this

Original Petition, complaining of Mr. Rafael Edward Cruz, also known as Senator Ted Cruz,

hereinafter referred to as Defendant Cruz, with office at 3626 North Hall Street, Suite #410,

Dallas, TX., 75219.

I.

Defendant Cruz assumed office as a United States Senator from the State of Texas on January

13th, 2013, while he was still a citizen and national of Canada. Defendant Cruz was born on

December 22nd, 1970, in Calgary, Alberta, Canada, of parents Rafael Bienvenido Cruz,

who was a citizen and national of the Country of Cuba at the time, and Eleanor Elizabeth

(Darragh) Wilson, a citizen of the United States of America. Defendant Cruz's Father reportedly

Page 1.

left Cuba in 1957 to attend the University of Texas at Austin and reportedly received political

asylum in the United States after his four-year visa expired.   Father Cruz reportedly became a

naturalized citizen of the United States in 2005. (Wikipedia, Exhibit A.)   It is possible that the

countries of Canada, Cuba and the United States, each and all, consider Father Cruz to be a

citizen and national of that country.   Plaintiff has read articles that report Rafael Bienvenido Cruz

to have fought on both sides of the revolutionary war in Cuba that brought communist Fidel

Castro to power.   If true, then at one time Rafael Bienvenido Cruz was an enemy of the United

States of America.

II.

Article I, Section 3 of the Constitution of the United States of America states: "No person shall

be a Senator who shall not have attained to the age of thirty years, and been nine years a citizen

of the United States and …."   The Constitution was signed by the Constitutional Delegates on

September 17th, 1787 but did not take effect until ratified by nine of the thirteen states on June

21st, 1788.   The "nine year" citizenship requirement as of September 17th, 1787 was not a

minimal standard.   The nine-year period would have started on September 17th, 1778, a date

early in the Revolutionary War against the British Empire.   It predates The Treaty of Paris,

formally ending the American Revolutionary War and acknowledging the reality of existence of

The United States of America and the recognition of same by Great Britain, executed on

September 3, 1783. It predates the Articles of Capitulation signed on October 19th, 1781

between the victorious Americans and defeated British at Yorktown.   The original

intent of the framers of The Constitution is clear- only early "Three Percenters" need apply.

Page 2.

The framers wanted America's leaders to be only and exclusively American with no conflicting

loyalties or citizenship.   If they could have extended the nine year period they probably would

have done so.  Why should the United States of America make an exception for Defendant Cruz?


III.


Defendant Cruz's Canadian citizenship was still in full force and effect at the time of

Defendant's assumption of the Office of Senator and was not revoked until May 14th, 2014

(Dallas Morning News, August 18th, 2013, Exhibit B).


IV.


It is unknown to Plaintiff at which time the concept of "Dual-Nationalism" became somewhat or

generally recognized around the world.   Each nation does have its rules, requirements and laws

addressing the concept.  After having fought and won a war against the British Empire, it was

likely unacceptable to the framers of The Constitution that a person could be a citizen of

that empire and the United States of America.  If "Dual-Nationalism" did exist at the time

The Constitution was created it is likely that the framers would have included specific provisions

against it or outlawing it.   The framers of The Constitution saw no need to specifically

codify that a Canadian, who would be a subject of the British Empire at that time, could not

become a Senator of The United States.  Canada was a staging ground for invasion of the

Colonies by British General Burgoyne during the Revolutionary War and would be a supporter

of British efforts, including the defeat of American invasions, during the future War of 1812.


Page 3.

V.

Defendant Cruz reportedly claimed that he was unaware that he was a Canadian National prior

to his election to The US Senate.   Immigration is a hot-button topic in politics today with one of

the concerns of many self-described conservatives being the existence of "Birthright

Citizenship".   Illegal-alien expectant mothers can slip into the United States, give birth on US

soil, and their newborn child is immediately a US citizen.   It is inconceivable for Defendant

Cruz to have never considered that Canada also follows the same rule of 'Birthright

Citizenship".   The cosmopolitan historical nature of the Cruz family highly suggests that they

are and were knowledgeable of visitation, immigration, citizenship rules and laws of multiple

countries.   Defendant Cruz himself was a Canadian "anchor baby".   Is Defendant Cruz also

of Cuban Nationality because his father was a Cuban National at the time of Defendant Cruz's

birth?   If Defendant Cruz is to be taken at his word that his ignorance regarding his

Canadian citizenship was true, a true conservative and adherent to the language and intent of

The Constitution would have resigned immediately, in the opinion of this Plaintiff.

VI.

It is self-evident that the nine-year restriction was included to minimize the chances of an

individual with divided or false loyalties, or perhaps none other than to himself, gaining the

position of Senator of The United States of America.   The founding fathers were aware of

traitors and treasonous acts during the Revolutionary War and, knowing human nature, the

possibility that future individuals of questionable loyalty could obtain positions of power.

Defendant Cruz has represented the interests of Canada in pushing to give Canadian oil

sand strip-miners increased access to US markets, even though a new oil pipeline from North

Dakota to markets in the south would have greatly benefitted American producers in North

Dakota.   This American-only pipeline, which would not have crossed international boundaries,

would not have needed approval from the Department of State of the US Government.

Defendant Cruz saw no reason to help American oil producers unless Canadians producers also

benefitted.   He viewed it as allowing Canadian oil or none at all.


VII.


In Medellin v. Texas, Defendant Cruz questionably represented the interests of Texas against

The Federal Government and the administration of his former employer, President George

Walker Bush, that, knowing human nature, exposed Texans and other Americans to likely

retaliatory prosecutorial and judicial abuse when arrested and otherwise detained in foreign

countries.   After Medellin, why should Mexico or other countries timely report the arrest and

incarceration of Texans or other American Citizens to the United States Embassy, or

even report it at all?   In pursuing some kind of misguided jingoism along the lines of

"States Rights" Defendant Cruz put all Americans that travel internationally at risk.


VIII.


Defendant Cruz's lobbied for the shutdown of the government of The United States of America

in order to coerce The President of The United States NOT TO EXECUTE his duties concerning

a law already in effect, the Affordable Care Act.  This Plaintiff is not endorsing The Affordable

Page 5.

Care Act but believes that the proper time to stop questionable legislation is before it becomes law, or through the Courts after it becomes law.   Impeding the function of the US Government and increasing the borrowing costs of the US Government, in order to stop the implementation, execution and enforcement of ANY law, is not an option.

IX.

Defendant Cruz has also called for new Constitutional Amendments requiring more Judges to be subject to periodic elections and term limits.   Defendant Cruz promises to prevent President Obama from appointing a new Justice to the US Supreme Court, a specific duty and responsibility of The President as described in The Constitution, putting That Court's activities into question for most of this coming year.   It is possible that Defendant Cruz's party and America would be better served if the Republicans use their current position and power to influence the choice now.   By waiting until after November of 2016, the Republicans may have much less influence on the eventual appointment.

Prayer for Relief

The sum of the actions of Defendant Cruz do not provide any justification, in the opinion of this Plaintiff and Petitioner, for The Court to take a more permissive view concerning the eligibility requirements for the position of Senator of the United States of America. The Plaintiff has the right to be represented by an individual in the US Senate that has unquestioned loyalty to only the United States of America and that geographic and political sub-division of America

Page 6.

known as the State of Texas, and is of unquestioned integrity, honesty and character.  Prior to

May 14, 2014, Defendant Cruz could make an equal argument that he was eligible to run and

assume a nation-wide office in Canada.    Should This Court decide that this nine year

citizenship requirement is not germane for today's world, it opens the door further for

multinationals and foreigners of wealth and power to obtain office and rule America for their

own interests and purposes.  Plaintiff respectfully requests that This Court remove Defendant

Cruz from his position of United States Senator of the State of Texas and order the State of

Texas to hold a new election to constitutionally install a new Senator that meets, at the very least,

the 9-year Citizenship Constitutional requirement.   Plaintiff also respectfully requests that This

Court rule that Defendant Cruz is not eligible to become Senator unless through an election

occurring after May 14th, 2023, nine years after his revocation of Canadian Citizenship and

perhaps afterwards should Defendant Cruz be found to be a Citizen of Cuba.


Respectfully Submitted,


Stephen L. Glahn, Pro-se,
P. O. Box 170623
Arlington, Texas 76003
817 714-1427

AFFADAVIT OF STEPHEN L. GLAHN

STATE OF TEXAS

COUNTY of TARRANT

On this day Stephen L. Glahn appeared before me, the undersigned Notary Public, and after I

administered an oath to him, upon his oath, he said:

"My name is Stephen L. Glahn.  I am a resident of Tarrant County, Texas, I have lived in Texas since 1976

and was born in The United States of America.   The facts and evidence presented in this filing are true

and correct to the best of my knowledge."

Stephen L. Glahn

Signed and sworn to before me this __25ᵗʰ_____ day of February, 2016.

JAN NOEL FAUNTLEROY
Notary Public, State of Texas
My Commission Expires
February 25, 2018

Notary Public in and for the State of Texas

# Ted Cruz

From Wikipedia, the free encyclopedia

**Rafael Edward "Ted" Cruz** (born December 22, 1970) is an American politician and U.S. Senator from Texas. He is a Republican candidate for President of the United States in the 2016 presidential election.

Cruz attended elementary and high school in and around Houston, graduated from Princeton University in 1992, and then from Harvard Law School in 1995. Between 1999 and 2003, Cruz was the director of the Office of Policy Planning at the Federal Trade Commission, an associate deputy attorney general at the United States Department of Justice, and domestic policy advisor to President George W. Bush on the 2000 George W. Bush presidential campaign. He served as Solicitor General of Texas from 2003 to 2008, appointed by Texas Attorney General Greg Abbott. He was the first Hispanic, and the longest-serving solicitor general in Texas history. Cruz was also an adjunct professor of law from 2004 to 2009 at the University of Texas School of Law in Austin, where he taught U.S. Supreme Court litigation.

Cruz ran for the Senate seat vacated by fellow Republican Kay Bailey Hutchison, and in July 2012 defeated Lieutenant Governor David Dewhurst during the Republican primary runoff, 57%–43%. Cruz then defeated former state Representative Paul Sadler in the November 2012 general election, winning 56% –41%. He is the first Hispanic American to serve as a U.S. senator representing Texas, and is one of three Senators of Cuban descent. Cruz chairs the United States Senate Judiciary Subcommittee on Oversight, Federal Rights and Agency Activities, and is also the chairman of the United States Senate Commerce Subcommittee on Space, Science and Competitiveness. In November 2012, he was appointed vice-chairman of the National Republican Senatorial Committee.

Cruz began campaigning for the Republican presidential nomination in March 2015. During the primary campaign, his base of support has been mainly among social conservatives, though he has had crossover appeal to other factions within his party. [2] His victory in the February 1, 2016 Iowa caucuses marked the first time a Hispanic won a presidential caucus.[3][4]



**Ted Cruz**

**United States Senator
from Texas**

**Incumbent**

**Assumed office**
January 3, 2013
Serving with John Cornyn

| | |
|---|---|
| Preceded by | Kay Bailey Hutchison |

**Solicitor General of Texas**

**In office**
January 9, 2003 – May 12, 2008

| | |
|---|---|
| Governor | Rick Perry |
| Preceded by | Julie Parsley |
| Succeeded by | James C. Ho[1] |

**Personal details**

| | |
|---|---|
| Born | Rafael Edward Cruz<br>December 22, 1970<br>Calgary, Canada |
| Political party | Republican |
| Spouse(s) | Heidi Nelson (m. 2001) |
| Children | 2 |
| Alma mater | Princeton University<br>Harvard University |
| Religion | Christianity (Southern Baptist) |
| Website | Senate website<br>(http://cruz.senate.gov)<br>Campaign website<br>(http://tedcruz.org) |

## Contents

- 1 Early life and family
- 2 Education
- 3 Legal career
  - 3.1 Clerkships
  - 3.2 Private practice
  - 3.3 Bush administration
  - 3.4 Texas Solicitor General
  - 3.5 Return to private practice
- 4 U.S. Senate
  - 4.1 2012 election
  - 4.2 Legislation
    - 4.2.1 Senate bill 2195
    - 4.2.2 Committee assignments
  - 4.3 Comments on President Obama
  - 4.4 Relationship with Republican members of Congress
- 5 Presidential campaign
  - 5.1 Citizenship
- 6 Political positions

EXHIBIT "A"

- 6.1 Domestic affairs
- 6.2 Crime
- 6.3 Economy
- 6.4 Environment
- 6.5 Foreign affairs
- 7 Personal life
- 8 Accolades
- 9 Electoral history
- 10 See also
- 11 References
- 12 External links

## Early life and family

Ted Cruz was born on December 22, 1970,[5][6] at Foothills General Hospital[7][8] in Calgary, Alberta, Canada, to parents Eleanor Elizabeth (Darragh) Wilson and Rafael Bienvenido Cruz.[9][10][11] At the time of his birth, Cruz's parents had lived in Calgary for three years and were working in the oil business as owners of a seismic-data processing firm for oil drilling.[10][12][13][14][15] Cruz has said, "I'm the son of two mathematicians/computer programmers."[16] In 1974, his father left the family and moved to Texas.[17] Later that same year, his parents reconciled and relocated to Houston.[7]

Cruz's father was born in Cuba, and his grandfather was from the Canary Islands in Spain. His mother was born in Wilmington, Delaware, and is three quarters of Irish descent and one quarter of Italian descent.[18][19] His father left Cuba in 1957 to attend the University of Texas at Austin and obtained political asylum in the United States after his four-year student visa expired.[20] Rafael Cruz earned Canadian citizenship in 1973[7] and ultimately became a naturalized U.S. citizen in 2005.[10][21][22][23] His mother earned an undergraduate degree in mathematics from Rice University in the 1950s.[24] Eleanor and Rafael Cruz divorced in 1997.[25]

Cruz had two older half-sisters from his father's previous marriage, Miriam Ceferina Cruz and Roxana Lourdes Cruz. Miriam died in 2011.[25][26][27]

## Education

Cruz attended two private high schools: Faith West Academy in Katy, Texas[28] and Second Baptist High School in Houston, from which he graduated as valedictorian in 1988.[21][29][30] During high school, Cruz participated in a Houston-based group known at the time as the Free Market Education Foundation, a program that taught high school students the philosophies of economists such as Milton Friedman and Frédéric Bastiat.[15][31]

Cruz graduated *cum laude* from Princeton University with a Bachelor of Arts in Public Policy[32] from the Woodrow Wilson School of Public and International Affairs in 1992.[5][33] While at Princeton, he competed for the American Whig-Cliosophic Society's Debate Panel and won the top speaker award at both the 1992 U.S. National Debating Championship and the 1992 North American Debating Championship.[34] In 1992, he was named U.S. National Speaker of the Year, and with his debate partner David Panton won Team of the Year.[34] Cruz and Panton would later represent Harvard Law School at the 1995 World Debating Championship, losing in the semi-finals to a team from Australia.[35][36][37] Princeton's debate team named their annual novice championship after Cruz.[37]

Cruz's senior thesis at Princeton investigated the separation of powers; its title, *Clipping the Wings of Angels*, draws its inspiration from a passage attributed to US President James Madison: "If angels were to govern men, neither external nor internal controls on government would be necessary." Cruz argued that the drafters of the Constitution intended to protect the rights of their constituents, and that the last two items in the Bill of Rights offer an explicit stop against an all-powerful state.[24][38]

After graduating from Princeton, Cruz attended Harvard Law School, graduating *magna cum laude* in 1995 with a Juris Doctor degree. [5][39] While at Harvard Law, he was a primary editor of the *Harvard Law Review*, and executive editor of the *Harvard Journal of Law and Public Policy*, and a founding editor of the *Harvard Latino Law Review*.[33] Referring to Cruz's time as a student at Harvard Law, Professor Alan Dershowitz said, "Cruz was off-the-charts brilliant".[40][41][42][43] At Harvard Law, Cruz was a John M. Olin Fellow in Law and Economics.[44]

Cruz currently serves on the Board of Advisors of the *Texas Review of Law and Politics*.[45]

# Legal career

## Clerkships

Cruz served as a law clerk to J. Michael Luttig of the United States Court of Appeals for the Fourth Circuit in 1995[44][46] and William Rehnquist, Chief Justice of the United States in 1996.[5] Cruz was the first Hispanic to clerk for a Chief Justice of the United States.[47]



## Private practice

After Cruz finished his clerkships, he took a position with Cooper, Carvin & Rosenthal, now known as Cooper & Kirk, LLC, from 1997 to 1998.[48] While with the firm, Cruz worked on matters relating to the National Rifle Association, and helped prepare testimony for the impeachment proceedings against President Clinton.[49] Cruz also served as private counsel for Congressman John Boehner during Boehner's lawsuit against Congressman Jim McDermott for releasing a tape recording of a Boehner telephone conversation.[50]

Ted Cruz speaking in Nashua, New Hampshire

## Bush administration

Cruz joined the George W. Bush presidential campaign in 1999 as a domestic policy adviser, advising then-Governor George W. Bush on a wide range of policy and legal matters, including civil justice, criminal justice, constitutional law, immigration, and government reform.[48]

Cruz assisted in assembling the Bush legal team, devising strategy, and drafting pleadings for filing with the Supreme Court of Florida and U.S. Supreme Court, in the case Bush v. Gore, during the 2000 Florida presidential recounts, leading to two wins for the Bush team.[44][51] Cruz recruited future Chief Justice John Roberts and noted attorney Mike Carvin to the Bush legal team.[49]

After President Bush took office, Cruz served as an associate deputy attorney general in the U.S. Justice Department[5][51] and as the director of policy planning at the U.S. Federal Trade Commission.[5][40][51]

## Texas Solicitor General

Appointed to the office of Solicitor General of Texas by Texas Attorney General Greg Abbott,[46][52] Cruz served in that position from 2003 to 2008.[31][44] The office had been established in 1999 to handle appeals involving the state, but Abbott hired Cruz with the idea that Cruz would take a "leadership role in the United States in articulating a vision of strict construction." As Solicitor General, Cruz argued before the Supreme Court nine times, winning five cases and losing four.[49]

Cruz has authored 70 United States Supreme Court briefs and presented 43 oral arguments, including nine before the United States Supreme Court.[40][46][53] Cruz's record of having argued before the Supreme Court nine times is more than any practicing lawyer in Texas or any current member of Congress.[54] Cruz has commented on his nine cases in front of the U.S. Supreme Court: "We ended up year after year arguing some of the biggest cases in the country. There was a degree of serendipity in that, but there was also a concerted effort to seek out and lead conservative fights."[54]

In 2003, while Cruz was Texas Solicitor General, the Texas Attorney General's office declined to defend Texas' sodomy law in *Lawrence v. Texas*, where the U.S. Supreme Court decided that state laws banning homosexual sex as illegal sodomy were unconstitutional.[55]

In the landmark case of *District of Columbia v. Heller*, Cruz drafted the amicus brief signed by the attorneys general of 31 states, which said that the D.C. handgun ban should be struck down as infringing upon the Second Amendment right to keep and bear arms.[53][56] Cruz also presented oral argument for the amici states in the companion case to *Heller* before the United States Court of Appeals for the District of Columbia Circuit.[53][57]

In addition to his success in *Heller*, Cruz successfully defended the constitutionality of the Ten Commandments monument on the Texas State Capitol grounds before the Fifth Circuit and the U.S. Supreme Court, winning 5–4 in *Van Orden v. Perry*.[40][44][53]

In 2004, Cruz was involved in the high-profile case, *Elk Grove Unified School District v. Newdow*,[40][44] in which he wrote a brief on behalf of all 50 states which argued that the plaintiff did not have standing to file suit on behalf of his daughter.[58] The Supreme Court upheld the position of Cruz's brief.



Cruz at the Values Voter Summit in Washington, DC., 2011

Cruz served as lead counsel for the state and successfully defended the multiple litigation challenges to the 2003 Texas congressional redistricting plan in state and federal district courts and before the U.S. Supreme Court, which was decided 5–4 in his favor in *League of United Latin American Citizens v. Perry*.[44][59]

Cruz also successfully defended, in *Medellin v. Texas*, the State of Texas against an attempt to re-open the cases of 51 Mexican nationals, all of whom were convicted of murder in the United States and were on death row.[40][44][46][53] With the support of the George W. Bush Administration, the petitioners argued that the United States had violated the Vienna Convention on Consular Relations by failing to notify the convicted nationals of their opportunity to receive legal aid from the Mexican consulate.[49][60] They based their case on a decision of the International Court of Justice in the Avena case which ruled that by failing to allow access to the Mexican consulate, the US had breached its obligations under the Convention.[61] Texas won the case in a 6–3 decision, the Supreme Court holding that ICJ decisions were not binding in domestic law and that the President had no power to enforce them.[49][60]

Cruz has been named by *American Lawyer* magazine as one of the 50 Best Litigators under 45 in America,[52][62] by *The National Law Journal* as one of the 50 Most Influential Minority Lawyers in America,[63][64] and by *Texas Lawyer* as one of the 25 Greatest Texas Lawyers of the Past Quarter Century.[65][66]

## Return to private practice

After leaving the Solicitor General position in 2008, Cruz worked in a private law firm in Houston, Morgan, Lewis & Bockius LLP, often representing corporate clients, until he was sworn in as U.S. Senator from Texas in 2013.[24][44][67] At Morgan Lewis, he led the firm's U.S. Supreme Court and national appellate litigation practice.[67] In 2009 and 2010, he formed and then abandoned a bid for state attorney general when the incumbent Attorney General Greg Abbott, who hired Cruz as Solicitor General, decided to run for re-election.[21]

While at Morgan, Lewis, & Bockius, Cruz represented Pfizer in a lawsuit brought by a group of public hospitals and community health centers who accused the drug manufacturer of overcharging. The Supreme Court eventually threw the case out.[68] Shandong Linglong Rubber Company was found guilty of marketing versions of tires that were based on blueprints stolen by a former employee of a Florida businessman and ordered to pay $26 million to the Floridian. Cruz worked on the Chinese company's appellant brief. The appeals court denied the appeal and affirmed the jury's award.[69] Cruz represented drug manufacturer B. Braun Medical Inc. in front of the U.S. Court of Appeals for the 6th Circuit after the company was found guilty of wrongfully discharging a former employee. Cruz asserted that she had failed to prove that B. Braun had directed her to violate the law and that she had not presented sufficient evidence that her refusal to violate the law was why she had been fired. The appeals court rejected Cruz's argument and affirmed the $880,000 award.[69] Cruz represented Toyota in an appeal to the Texas Supreme Court in an statute of limitations case, where a judge wanted to investigate Toyota for contempt after a former Toyota in-house lawyer accused Toyota of unlawfully withholding documents in a product liability case involving a quadriplegic.[70] Cruz unsuccessfully argued the judge's jurisdiction expired thirty days after the case was dismissed following an out-of-court settlement, but later won on a second appeal using the same argument.[71]

Cruz defended two record-setting $54 million personal injury awards in New Mexico at the appellate level, including one which had been thrown out by a lower court.[72] Cruz defended a mentally disabled man who was allegedly raped by an employee of the facility where he lived. And in the other case Cruz defended the family of a 78-year-old resident of an Albuquerque nursing home who died of internal bleeding.[72][73] The settlements were sealed in both cases.[72][73]



73°  Wednesday, February 10, 2016    **The Dallas Morning News**    ePaper  Subscribe⌄  Sign In

**Home**   News   **Business**   **Sports**   **Entertainment**   **Arts & Life**   **Opinion**   **Obits**   **Marketplace**   **DMNstore**

Communities   Crime   Education   Investigations   State   Nation/World   Politics   Videos

🐦 📷 f 📧                                                              Search                                            🔍

News > Politics > Trail Blazers Blog

## Trail Blazers Blog

# No, Canada: Sen. Ted Cruz has formally shed his dual citizenship

  Todd J. Gillman 🐦 📧

Published: June 10, 2014 4:52 pm

Facebook        Twitter        Email    **12** Comments        Print



Sen. Ted Cruz at the Texas GOP Convention in Fort Worth last Friday.

Alberta-born Sen. Ted Cruz has given up his Canadian dual citizenship. The renunciation became official on May 14, roughly 9 months after he learned he wasn't only an American.

Cruz received notification by mail on Tuesday at his home in Houston.

"He's pleased to receive the notification and glad to have this process finalized," said spokeswoman Catherine Frazier.





**Kos/Danchak**
Audiology and Hearing Aids

**Providing Complete Hearing Care.**
That's what we do!

**817.277.7039**

101 W. Randol Mill Rd. • Arlington, TX 76011
northtxhearing.com

CLICK HERE FOR MORE INFO  f

## Archives

Select Month ⌄

## About this Blog

The blog for the Dallas Morning News politics team tracks Dallas Fort Worth area, Texas and national campaigns.



ALL STORAGE

OUT OF SPACE?
USE OURS.

EXHIBIT "B"

Cruz's birth in Canada was never a secret. But it proved a political liability, with detractors taunting him as "Canadian Ted" and critics suggesting that his birthplace made him ineligible to run for president.

The dual citizenship came as a surprise to Cruz and his parents when The Dallas Morning News reported on it last August.

The senator provided a copy of his Canadian birth certificate at the time. He vowed almost immediately to shed his Canadian citizenship, and promised to tell *The News* first as soon as he succeeded.

"Nothing against Canada, but I'm an American by birth and as a U.S. senator, I believe I should be only an American," he said the day of the initial report.

Canadian Renunciation Letter

### Video



AdChoices▷   Ad 1 of 1   Starts in 21 seconds

More videos:

  

### Politics Stories


**Chris Christie ends his White House bid; Carly Fiorina also suspends campaign**


**Want to see a future president? Iowa and New Hampshire have all the luck**


**Unwelcome wagon: Trump, Cruz rhetoric likely to discourage Hispanics from voting for GOP**

SHOW ME MORE LIKE CANADIAN RENUNCIATION LETTER
SIMILAR TO CANADIAN RENUNCIATION LETTER
BACK TO DOC
Browse more like Canadian Renunciation Letter
Previous | Next
Voters List
Breitbart News
Obama NFA policy change 1-4-16
Law of Self Defense
Selective Service PSA - Non-Citizens It Is The Law
BirtherReport
Eleanor Darragh Birth Certificate
Breitbart News
ahmed mohamed attorney general opinion
Jason Koebler
Cruz Citizenship Timeline (documented)
jb_uspu
Hillary Clinton&#x27;s SCI Nondisclosure Agreement
DailyMail.com
ATF Guidance - Do I Need a License to Buy and Sell Firearms
arizonaspolitics
Letter from State Department Regarding JCPOA
tellnic
Donald Trump New York Voting Record

### Categories

Select Category

### Mobile

Get dallasnews.com on your mobile device

### Newsletters

Subscribe to a variety of newsletters

Canadian law is similar to that in the United States. Citizenship is automatic for nearly everyone born on the country's soil, whether that person wants it or not, and without any need to request it.  In theory, Cruz could have asserted the right to vote in Canada, or even to run for Parliament, and he could have received a Canadian passport.

Under U.S. law, a foreign-born baby is entitled to American citizenship if at least one parent is an American. That was the case for Cruz — and it's a crucial point if he makes a White House run in 2016, as is widely expected.

The U.S. Constitution requires a president to be a "natural born" citizen. The popular understanding has long been that this means being born on American soil. But Cruz was entitled to American citizenship at birth. Because of that, a strong legal consensus has emerged that Cruz is, in fact, eligible.

That's something the tea party senator has in common with President Barack Obama, whose father was Kenyan but whose mother was from Kansas. So-called "birthers" have proposed that Obama was born in Kenya, not Hawaii. But even if true, he would have been an American at birth.

In December, Cruz said he had hired lawyers to assist in the effort to renounce his Canadian citizenship.





Canadian birth certificate for Sen. Ted Cruz

When he was born on Dec. 22, 1970, his parents were living in the Canadian oil patch in Calgary. His mother is a native-born American. His father, a Cuban émigré who later became a naturalized American, was still a Cuban citizen.

Cruz has said that when he was a child, his mother had told him she would have had to make an affirmative act to claim Canadian citizenship for him. Since that never happened, the family always had assumed that he did not hold Canadian citizenship.

 **Follow this story**

## Promoted Stories From The Web


**A Ranking of the 2016 Presidential...**
Forbes


**What the Obamas Don't Want You to...**
Radar Online - Photos


**'How Stupid Is Iowa?'**
The New York Times


**25 Celebs Who Aren't Democrats**
PrettyFamous

Recommended by

## Editor Picks


Fumble!
**Ex-TCU star Andy Dalton loses**


Wide open spaces
**Bigger than New York City and LA**


Petal pushers
**Cheap spots in Dallas-Fort Worth to**


Decked out
**New festival to turn Klyde Warren Park**

JS 44-TXND  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Stephen L. Glahn

**(b)** County of Residence of First Listed Plaintiff  Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-se

## DEFENDANTS
Rafael Edward Cruz
aka Senator Ted Cruz

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☒ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
SW. Article 1, Section 3, US Constitution
Brief description of cause:
Def. Cruz does not satisfy 9-year US citizenship requirement, remove

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No  from office

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 2/25/2016   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44-TXND Reverse (Rev. 12/12)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district court under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or a similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Attorney Signature.** Date and sign the civil cover sheet.